UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMY N. DULANEY                                                                     PLAINTIFF

v.                              No. 5:18-CV-05203

ANDREW M. SAUL, Acting Commissioner,
Social Security Administration                                        DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 23) from Chief United States Magistrate Judge Erin L. Wiedemann. Plaintiff has filed objections. (Doc. 24). The Magistrate recommends that the Court affirm the Social Security Administration's decision and dismiss Plaintiff's case with prejudice. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Social Security Administration is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of October, 2019.

                                                          /s/ P. K. Holmes, III
                                                          P.K. HOLMES, III
                                                          U.S. DISTRICT JUDGE